UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW HAMPSHIRE

```
*********************************
In re:  Claudia G. Gabrielle          *     Chapter 7
                                      *     Case No. 18-10524-BAH
                    Debtor            *
*********************************
Olga L. Gordon, Trustee               *
                                      *
                    Plaintiff         *     Adv. Proc. No. 18-01062-BAH
v.                                    *
                                      *
Kingdom Communications, Inc.;         *
Barbara Brown a/k/a Barbara Volz      *
a/k/a Barbara Taylor                  *
                    Defendant         *
*********************************
```

## NOTICE OF HEARING

You are hereby notified that a hearing will be held on the attached Motion to Dismiss For Failure To State A Claim on November 28, 2018, at the United States Bankruptcy Court for the District of New Hampshire, Warren B. Rudman United States Courthouse, 55 Pleasant Street, Courtroom A, Concord, New Hampshire at 2:00 p.m.

You are further notified that an objection to this motion, if any, must be filed with the United States Bankruptcy Court, with a copy served upon the undersigned, on or before November 21, 2018.

                                                Respectfully submitted,

                                                KINGDOM COMMUNICATIONS, INC.
                                                AND BARBARA BROWN
                                                By Their Attorneys:

                                                      BELIVEAU, FRADETTE & GALLANT, P.A.

Date:  October 9, 2018                      <u>/s/Clifford P. Gallant, Jr.</u>
                                                      Clifford P. Gallant, Jr., Esquire
                                                      Beliveau, Fradette & Gallant, P.A.
                                                      91 Bay Street
                                                      Manchester, NH 03104
                                                      603-623-1234  BNH # 01706